PRICE *vs.* THE STATE OF GEORGIA.

Section 4438 of the Code, which provides a penalty for obstructing a railroad, includes a street railroad operated by horse-power, as well as a railroad on which the cars are drawn by a steam locomotive. Judgment affirmed.

October 21, 1884.

BLANDFORD, Justice.

[Price was indicted for obstructing the track of the Columbus Street Railroad Company by placing rocks on

it. He filed various pleas, the principal point made by which was that the Columbus Railroad was a street railroad, propelled by horse-power, and not by steam, and was, therefore, not within the meaning of the act of 1837. (Code, §4438.) They were stricken by the court on demurrer. Defendant was convicted. He moved for a new trial, and on its refusal, excepted.]